**DENY and Opinion Filed April 2, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00123-CV**

**IN RE LAKEITH AMIR-SHARIF, Relator**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655-S**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Francis

In two petitions for writ of mandamus, relator contends the trial judge has failed to rule on several of his motions and has failed to adjudicate him as the parent of the child involved in the case.[1] The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

130123F.P05

---

[1] Cause number 05-13-00217-CV was consolidated into cause number 05-13-00123-CV. This opinion disposes of the issues raised in both cause numbers.